UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISIDRO JAVIER HERNANDEZ,

Plaintiff,

-v-

1656 CAFE CORP., *d/b/a Grab N Go Deli*, *et al.*,

Defendants.

26 Civ. 1688 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 22, 2026, this Court ordered the parties to submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by July 29, 2026. That date has passed without the required submission. The parties shall file that submission, or request an extension to do so, by July 31, 2026.

SO ORDERED.

Dated: July 30, 2026
New York, New York

JOHN P. CRONAN
United States District Judge