# HAMTINI LAW

July 31, 2026

***VIA ECF***

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The instant request is granted. The parties' settlement submission is now due August 31, 2026. The Clerk of Court is respectfully directed to close Docket Number 13.

SO ORDERED.
Date: July 31, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**Re: Hernandez v. 1656 Cafe Corp., et al.**
**Case No. 1:26-cv-01688 (JPC)**

Dear Judge Cronan,

The parties, by and through their undersigned counsel, respectfully submit this joint letter request, on consent, seeking a thirty (30) day extension of time, through and including **August 31, 2026**, to file the settlement agreement and supporting materials for Court approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

On **July 30, 2026**, the Court ordered the parties to file their settlement approval submission pursuant to *Cheeks*, or request an extension of time to do so, by **July 31, 2026**. The parties respectfully request this extension because they require additional time to finalize the settlement documentation and prepare the materials necessary for the Court's review.

This request is made jointly, on consent of all parties, in good faith, and not for purposes of delay. This is the first request for an extension of this deadline, and the requested extension will not prejudice any party.

Accordingly, the parties respectfully request that the Court extend the deadline to file their settlement approval submission pursuant to *Cheeks* through and including **August 31, 2026**.

Respectfully submitted,

Dated: Forest Hills, New York
July 31, 2026

HAMTINI LAW

Faris S. Hamtini
*Attorney for All Defendants*

CILENTI & COOPER, PLLC

Peter Hans Cooper
*Counsel for Plaintiff*